UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GREGORY W. CHAPMAN,<br><br>              Petitioner,<br><br>     v.<br><br>DOUG WADDINGTON,<br><br>             Respondent. | Case No.  C05-5407RJB<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME AND SETTING BRIEFING SCHEDULE |

    This matter comes before the Court on Petitioner's Motion Requesting Extension of Time to Object to the Report and Recommendation Set for February 17, 2006, and Reset the Hearing to March 24, 2006. Dkt. 34. The Court has reviewed all documents filed regarding this Motion, has reviewed the entire file, and is fully advised.

    On January 20, 2006, Magistrate Judge Karen L. Strombom filed a Report and Recommendation in this matter urging the dismissal of this case with prejudice. Dkt. 33. The Report and Recommendation is noted for consideration on February 17, 2006. *Id.* Petitioner files this motion for an extension as he has limited access to a law library. Dkt. 34. In the interest of allowing Petitioner to fully address the Report and Recommendation, his motion should be granted.

    Therefore, it is hereby,

    **ORDERED** that the Petitioner's Motion Requesting Extension of Time to Object to the Report and Recommendation Set for February 17, 2006, and Reset the Hearing to March 24, 2006 (Dkt. 34) is

ORDER
Page - 1

1  **GRANTED.**  This matter is **renoted for March 24, 2006.**  Petitioner's objections, if any, are due on
2  March 6, 2006, if Defendant files a Response, it is due March 16, 2006, and if Petitioner files a reply, it is
3  due March 23, 2006.
4        The Clerk of the Court is directed to send uncertified copies of this Order to all counsel of record
5  and to any party appearing *pro se* at said party's last known address.
6        DATED this 6th day of February, 2006.

                                              Robert J. Bryan
                                              United States District Judge